UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

JASON LOHNER,                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.

LAKE COUNTY, TN,                       CASE NO: 16-2708-STA-egb

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on September 5, 2017, Defendant Lake County, Tennessee's Motion for Summary Judgment is GRANTED.**

                                              APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 9/5/2017                         THOMAS M. GOULD
                                       Clerk of Court


                                          s/Maurice B. BRYSON

                                       (By)  Deputy Clerk